RIVERA ET AL., DEMANDANTES Y APELANTES, *v.* RODRÍGUEZ, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de Guayama en pleito sobre nulidad de procedimiento ejecutivo hipotecario y reivindicación.

No. 1567.—Resuelto en febrero 19, 1917.

EJECUCIÓN DE HIPOTECA—PROCEDIMIENTO EJECUTIVO SEGUIDO EN EL AÑO 1900— ORDENES GENERALES NULAS.—De acuerdo con la doctrina establecida en el caso de *Sucesión Rodríguez* v. *Sucesión Torres* (pág. 786), no es nulo el procedimiento ejecutivo para el cobro de hipoteca seguido en el año 1900 por el demandado contra los demandantes por ser nulas y sin ningún valor las Ordenes Generales de 12 de febrero de 1899, y 19 de enero y 28 de abril de 1900, en lo que respecta a hipotecas constituídas antes de la promulgación de las mismas.

Los hechos están expresados en la opinión.

Abogados de los apelantes: *Sres. José* y *Manuel Tous Soto.*

Abogado del apelado: *Sr. Tomás Bernardini de la Huerta.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

El único motivo en que los apelantes basan su recurso en esta apelación es el de que el procedimiento ejecutivo para cobro de hipoteca seguido contra ellos por el demandado en el año 1900 es nulo porque de acuerdo con las órdenes generales de 12 de febrero de 1899, 19 de enero de 1900 y 28 de abril de 1900 no podía cobrarse entonces la hipoteca.

Esta cuestión ha sido ampliamente tratada por nosotros recientemente en el caso de *Sucesión Rodríguez* v. *Sucesión Torres Morales,* resuelto en 12 de este mes y año (pág. 786), y de acuerdo con la doctrina en él expuesta, no existe la nulidad que se alega y debemos confirmar la sentencia apelada que desestimó la demanda.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.